753 A.2d 648

IN THE MATTER OF ANTOINETTE HOLLAND,
AN ATTORNEY AT LAW.

June 21, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **ANTOINETTE HOLLAND** of **VOO-**

**RHEES,** who was admitted to the bar of this State in 1993, should be reprimanded for violating *RPC* 1.15(c) (failure to keep property that is in dispute separate until the dispute is resolved), *RPC* 3.4(c) (knowingly disobeying an obligation under the rules of tribunal), *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations), and good cause appearing;

It is ORDERED that **ANTOINETTE HOLLAND** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a . permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.